IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Richmond Division

FILED
AUG - 6 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Number 3:19CR108 |
| | ) |
| PIEROT FANGAMOU, | ) 18 U.S.C. § 751(a) |
| | ) Escape |
| Defendant. | ) Count One |

## INDICTMENT

AUGUST 2019 TERM – At Richmond

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
(Escape)

On or about July 10, 2019, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, PIEROT FANGAMOU, did knowingly escape from custody of Caroline Detention Facility in Bowling Green, Virginia, an institution in which he was lawfully confined by direction of the Attorney General, for exclusion and expulsion proceedings under the immigration laws.

(In violation of Title 18, United States Code, Section 751(a)).

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

A TRUE BILL:

_____
FOREPERSON

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _S. David Schiller_
S. David Schiller
Assistant United States Attorney